UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEO MICHAEL AMBLER,

        Plaintiff,        Case No. 2:16-cv-148

v.        Honorable Paul L. Maloney

HEIDI WASHINGTON, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   October 11, 2016        /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             United States District Judge